# IN THE COURT OF APPEALS OF THE NAVAJO NATION

## WINDOW ROCK, NAVAJO NATION (ARIZONA)

In The Matter Of The Suspension From )     No.: A-CV-05-78
Practice Of:                         )
                                        )     DISMISSAL ORDER
Lawrence Ruzow.                 )
                                        )

---

The Motion for Dismissal in the above-entitled case having been duly filed with the Court of Appeals on the 31st day of March, 1978, and upon reviewing and considering the motion.

IT IS THEREFORE ORDERED that the Motion for Dismissal filed herein be and it hereby is granted and the cause of action is hereby DISMISSED.

Dated this 31st day of March, 1978.


Marie F. Neswood

Acting Chief Justice Of The Navajo Nation